**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1510**

---

DANIEL JOHNSON WILLIS,

                                                        Plaintiff - Appellant,

    and

LIONEL MEADOWS; ALBERT L. MEADOWS; FURNEY
MUNDINE; ALBERT H. BROWN; DORA MILLER; BAYRON
GREEN; LENA BROWN; ERNESTINE BROWN; ANITA B.
BROWN; HANNAH C. GRAY; NELSON DOVE; DEBRA
CURETON; PHYLLIS BROWN,

                                                            Plaintiffs,

    versus

TOWN OF TRENTON, NORTH CAROLINA; JOFFREE T.
LEGGETT, Former Mayor of the Town of Trenton,
North Carolina; EDWARD EUBANKS; WILLARD O.
LEWIS; CHARLES JONES, Councilmen of the Town
of Trenton, North Carolina; C. GLENN SPIVEY,
Town Clerk; MCDAVID AND ASSOCIATES; RICHARD
MOORE, Engineer for the Town of Trenton, North
Carolina; MAYOR AND COUNCIL OF TRENTON, NORTH
CAROLINA; SYLVIA A. WILLIS; JONES COUNTY BOARD
OF ELECTIONS; RICHARD C. TYNDALL, JR.; JAMES
M. BENDER, JR.; WILL H. BROCK; GAIL LEE, and
their successors; SUSAN CAMARET, Secretary,
Board of Elections; MICHAEL JENKINS, member,
Board of Elections and/or their successors;
VETERANS ADMINISTRATOR FOR THE COUNTY OF
JONES; JONES COUNTY, NORTH CAROLINA,

                                       Defendants - Appellees,

    and

STATE OF NORTH CAROLINA, and its entities;
BILL MEYERS, Director, North Carolina
Department of Environmental Health and Natural
Resources; DEXTER MATTHEWS, Chief, Division of
Solid Waste; J. BOBBY BLOWE, Chief,
Construction Grants; JAMES C. KEARNEY,
Director, Rural Economic and Community
Development; JOHN H. HANKINSON, JR., Director,
United States Environmental Protection Agency,
Region IV; MARIO MACHADO, Chief, Construction
Grants, their successors and agents; EDWIN W.
CAUSEY, as Rural Development Manager; WILLARD
R. DEAN, as Director of Business and Utilities
Division; JANET RENO, Attorney General of the
United States; JANICE M. COLE,

                                    Defendants.

-------------------

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern. Malcolm J. Howard,
District Judge. (CA-96-6-4, CA-99-116-4, CA-01-13-4, CA-01-133-4,
CA-01-159-4)

-------------------

Submitted: October 10, 2002        Decided: November 15, 2002

-------------------

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

-------------------

Affirmed by unpublished per curiam opinion.

-------------------

Daniel Johnson Willis, Appellant Pro Se. Andrew David Jones, DUNN,
DUNN & STOLLER, New Bern, North Carolina; James M. Ayers, II, New
Bern, North Carolina, for Appellees.

-------------------

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel Johnson Willis appeals the district court's order entering a pre-filing injunction against him. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Willis v. Town of Trenton, Nos. CA-96-6-4; CA-99-116-4; CA-01-13-4; CA-01-133-4; CA-01-159-4 (E.D.N.C. Apr. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

4